**THE FONDA GROUP, INC.,**
**Plaintiff–Appellee,**

v.

**NEPTUNE PAPER ENTERPRISES,**
**INC., and Neptune Paper Products,**
**Inc., Defendants,**

**Paul Lewison, Wendy Lewison and**
**Michael Lewison, Defendants–**
**Appellants.**

**Docket No. 01–9180.**

United States Court of Appeals,
Second Circuit.

Sept. 17, 2002.

Paul Lewison, Wendy Lewison and Michael Lewison, Newark, NJ, pro se, for appellants.

Michael B. Rosenberg, Burak, Anderson & Melloni, Burlington, VT, for appellee.

Present JOSEPH M. McLAUGHLIN, JOSÉ A. CABRANES, Circuit Judges, and GERARD E. LYNCH, District Judge.*

SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of said District Court be and hereby is **AFFIRMED** and the cause is **REMANDED** for a hearing on costs and attorneys' fees pursuant to the judgment.

Defendants Paul and Wendy Lewison, a married couple, and Michael Lewison, their adult son ("defendants"), appearing

---

* The Honorable Gerard E. Lynch, of the United States District Court for the Southern District of New York, sitting by designation.

here *pro se*[1], timely appeal from the District Court's Opinion and Order entered August 29, 2001, and the Judgment entered August 30, 2001, which granted the plaintiff's motion for summary judgment against the defendants for $179,345.42 plus interest accruing at a rate of twelve percent (12%) per annum from March 1, 1991, to the date of payment and reasonable costs, including attorneys' fees incurred in collecting the judgment, to be determined after a hearing.

We affirm the judgment of the District Court substantially for the reasons stated by the Court in its Opinion and Order entered August 29, 2001, *see The Fonda Group, Inc. v. Lewison, et al.,* 162 F.Supp.2d 292 (D.Vt.2001), and remand for a hearing on costs and attorneys' fees pursuant to the judgment.

We hereby affirm and remand.

---

1.  Defendants were represented by counsel in all prior proceedings before the District Court.

